# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jevarreo Kelley–Lomax

                     Plaintiff,

v.

City Of Chicago, et al.

                     Defendant.

Case No.: 1:20–cv–04595
Honorable Gary Feinerman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 17, 2021:

       MINUTE entry before the Honorable Gary Feinerman:Status hearing held to 2/17/2022 at 9:00 a.m. By 2/10/2022, the parties shall file a joint status report addressing: (1) the discovery they have completed thus far; (2) the discovery that remains to be taken; (3) whether there are any foreseeable obstacles to meeting the deadlines set forth in the 10/14/2021 order [46]; (4) whether both sides would like a settlement conference with the Magistrate Judge; and (5) whether there is a need for the 2/17/2022 status hearing. Motion hearing held. For the reasons stated on the record, Defendant's motion for rule to show cause as to Azam Khan [47] is granted. Azam Khan is ordered to appear telephonically on 1/18/2022 at 9:30 a.m. to show cause why it should not be held in contempt for failing to comply with the subpoena. Plaintiff shall serve Defendant with a copy of this order via a means that allows for electronic confirmation of delivery. Motion with withdraw as counsel [63] is granted. Attorney Elaine C. Davenport is terminated as counsel for Defendants. Attorneys/Parties should appear for the 2/17/2022 hearing by calling the Toll–Free Number: (877) 336–1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.