UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Jevarreo Kelley−Lomax
                           Plaintiff,

v.                                                    Case No.: 1:20−cv−04595
                                                      Honorable Gary Feinerman

City Of Chicago, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 12, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Motion for leave to file [105] is granted. Defendants may file under seal the designated materials, so long as they publicly file a redacted copy of those materials. Motion for summary judgment [106] is entered and continued. Plaintiff shall respond to the motion by 1/13/2023; Defendants shall reply by 1/27/2023. The status hearing set for 12/20/2022 [104] is stricken. Motion hearing set for 2/8/2023 at 9:15 a.m. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.